# United States Court of Appeals
## For the First Circuit

---

Nos. 09-2094,
     09-2211,
     09-2285,
     09-2376,
     09-2461,

UNITED STATES OF AMERICA,

Appellee,

v.

VÍCTOR GERARDO CORTÉS-CABÁN,
  PASCUAL SANTIAGO-MÉNDEZ,
LUIS ENRIQUE RUPERTO-TORRES,
ANTHONY DOMÍNGUEZ-COLÓN, and
VÍCTOR GERARDO CORTÉS-CABÁN,

Defendants, Appellants.

---

**ERRATA SHEET**

The opinion of this Court issued on August 10, 2012, is amended as follows:

On page 4, line 16: replace "posses" with "possess"

On page 13, line 10: replace "Santiago" with "Bosques"